**OKLAHOMA RY. CO. v. SEVERNS PAVING CO. et al.**

No. 6777—Opinion Filed Oct. 9, 1917.

Rehearing Denied Jan. 22, 1918.

(170 Pac. 220.)

Error from District Court, Oklahoma County; George W. Clark, Judge.

Action by the Severns Paving Company and the City of Oklahoma City against the Oklahoma Railway Company. Judgment for plaintiffs, and defendant Railway Company brings error. Affirmed.

OWEN, J. The parties to this action and the issues presented are identical with those in case No. 6778, 67 Okla. 206, 170 Pac. 216, and the judgment in that case, in all things, controls this case. Therefore the judgment of the lower court is affirmed.

All the Justices concur.